UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
ARON PRERO,

                       Plaintiff,

  – against –

FORSTER & GARBUS LLP,

                       Defendants.
------------------------------------------------------------------------x

**ORDER**

No. 20-CV-8558 (CS)

Seibel, J.

    For the reasons stated on the record at today's teleconference, Defendant's motion is GRANTED and Plaintiff's motion is DENIED. The Clerk of Court is respectfully directed to terminate the pending motions (ECF Nos. 16, 22, 27), and close the case.

**SO ORDERED.**

Dated: December 13, 2021
      White Plains, New York

                                                _____
                                                 CATHY SEIBEL, U.S.D.J.