**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ARON PRERO,

                    Plaintiff,

-against-                                          20 **CIVIL** 8558 (CS)

                                                                                 **JUDGMENT**

FORSTER & GARBUS LLP,

                    Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 13, 2021, Defendant's motion is GRANTED and Plaintiff's motion is DENIED; accordingly, the case is closed.

**Dated:** New York, New York

       December 13, 2021

                                                                           **RUBY J. KRAJICK**

                                                                           **Clerk of Court**
                                          **BY:**     *K. Mango*
                                                                           **Deputy Clerk**